**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Daniel Walter Tack |
| Debtor 2 (Spouse, if filing) | Paula Frances Tack |
| United States Bankruptcy Court for the: | Eastern District of Michigan (State) |
| Case number | 16-46097-pjs |

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF TIKI SERIES III TRUST

**Court claim no.** (if known): 13-1

**Last 4 digits** of any number you use to identify the debtor's account: 0 7 3 8

**Property address:** 17030 Peter Dr.
Number          Street

Macomb          MI     48044
City                    State     ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 4 / 1 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ _____

c. **Total.** Add lines a and b.     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     __ / __ / __
MM / DD / YYYY

---

**Part 4:**    **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:**    **Sign Here**

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Molly Slutsky Simons

Signature

Date   3 / 20 / 2020

Print    **Molly Slutsky Simons**

First Name    Middle Name    Last Name

Title   Attorney for Creditor

Company    Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address    394 Wards Corner Road, Suite 180

Number    Street

Loveland      OH    45140

City    State    ZIP Code

Contact phone   ( 513 ) 444 _ 4100

Email   bankruptcy@sottileandbarile.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### DETROIT DIVISION

In Re:                                         Case No. 16-46097-pjs

Daniel Walter Tack
Paula Frances Tack                             Chapter 13

Debtors.                                       Judge Phillip J. Shefferly

---

### PROOF OF SERVICE

---

The undersigned does hereby certify that a copy of the Response to Notice of Final Cure has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on March 20, 2020 to the following:

Daniel Walter Tack, Debtor
17030 Peter Dr.
Macomb, MI 48044

Paula Frances Tack, Debtor
17030 Peter Dr.
Macomb, MI 48044

Janet M. Ziulkowski, Debtors' Counsel
jmz@zaplc.com

David Wm Ruskin, Trustee
Ecf-emails@det13.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

Respectfully Submitted,

/s/ Molly Slutsky Simons

Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor